**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114770
*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUN 14 2018   ★
LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christine Hinrichs, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

ARStrat, LLC,

        Defendant.

Docket No: 2:18-cv-01247-JFB-AKT

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: June 13, 2018

*The Clerk of the Court shall close the case.*

SO ORDERED
/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 14 2018
Central Islip, N.Y.

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114770
*Attorneys for Plaintiff*